The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; UBER TECHNOLOGIES, INC., a Delaware corporation; and LYFT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GARY HUTTON, an individual; HUTTRONICS LLC, a Wyoming limited liability company, individually and collectively doing business as HUTTRONICS; and DOES 1-10,<br><br>Defendants. | No. 23-cv-00949-JLR<br><br>**STATUS REPORT** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively "Amazon"), Uber Technologies, Inc. ("Uber"), and Lyft, Inc. ("Lyft") (together with Amazon, "Plaintiffs") submit this Status Report regarding the above captioned case to apprise the Court of the Parties' ongoing settlement negotiations.

Plaintiffs personally served Defendants Gary Hutton and Huttronics LLC with the Summons and Complaint on July 3, 2023. Dkts. 9 and 10. In early July 2023, Plaintiffs and Mr. Hutton began discussions regarding an early resolution of this action, including the voluntary

STATUS REPORT
(No. 23-cv-00949-JLR) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

exchange of information that would be necessary for the Parties to reach a mutually acceptable settlement agreement.

      The Parties are continuing to diligently conduct settlement negotiations in this matter, and Plaintiffs expect the Parties will complete their negotiations within the next 30 days. Plaintiffs will promptly notify the Court should the Parties reach a settlement, and request that the Court allow Plaintiffs to submit a further Status Report in thirty (30) days to provide the Court with an update on the Parties' progress toward resolution of the case.

DATED this 24th day of October, 2023.

                DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

STATUS REPORT
(No. 23-cv-00949-JLR) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax