UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GARY HUTTON, et al.,<br><br>                    Defendants. | CASE NO. C23-0949JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs' October 24, 2023 status report. (Report (Dkt. # 11).) Plaintiffs represent that the named Defendants have been served and that the parties are currently engaged in settlement negotiations. (*Id.* at 1.) Plaintiffs anticipate that the parties will complete their negotiations within the next 30 days. (*Id.* at 2.) They ask the court to allow them to submit a further status report in 30 days regarding the status of their negotiations. (*Id.*)

MINUTE ORDER - 1

The court GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a status report no later than 30 days from the filing date of this order.

Filed and entered this 24th day of October, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2