UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GARY HUTTON, et al.,<br><br>      Defendants. | CASE NO. C23-0949JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs' December 27, 2023 status report, which they filed in accordance with the court's November 27, 2023 minute order. (Report (Dkt. # 15); *see* 11/27/23 Min. Order (Dkt. # 14).) Plaintiffs represent that the parties "are still working to reduce the [p]arties' [settlement] to a mutually acceptable written settlement agreement and stipulated judgment." (Report at 2.) Plaintiffs anticipate that the parties "will finalize and execute a settlement agreement and stipulated judgment resolvng this matter

MINUTE ORDER - 1

within the next 30 days." (*Id.*)  They ask the court to allow them an additional 30 days to reduce the settlement to writing and file the stipulated judgment.  (*Id.*)

The court GRANTS Plaintiffs' request and ORDERS Plaintiffs to file either a stipulated judgment or a report regarding the status of the parties' settlement by no later than **January 29, 2024**.

Filed and entered this 28th day of December, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2