The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; UBER TECHNOLOGIES, INC., a Delaware corporation; and LYFT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GARY HUTTON, an individual; HUTTRONICS LLC, a Wyoming limited liability company, individually and collectively doing business as HUTTRONICS; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00949-JLR<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS, Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together, "Amazon"), Uber Technologies, Inc. ("Uber"), and Lyft, Inc. ("Lyft") (collectively, "Plaintiffs") filed this action against Defendants Gary Hutton ("Hutton") and Huttronics LLC ("Huttronics") (collectively, "Defendants"), seeking injunctive relief and monetary damages, including treble damages, costs, and attorneys' fees;

WHEREAS Amazon, Uber, and Lyft alleged claims against Hutton and Huttronics for: (i) trademark counterfeiting and trademark infringement under 15 U.S.C. § 1114 brought by Uber and Lyft against Huttronics; (ii) false designation of origin and false advertising under 15

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 1
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

U.S.C. § 1125(a) brought by Uber and Lyft against Huttronics; (iii) false designation of origin and false advertising under 15 U.S.C. § 1125(a) brought by Amazon against Hutton and Huttronics; and (iv) violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.* by Uber and Lyft against Huttronics, and by Amazon against Hutton and Huttronics (the claims are referred to, collectively, as "the Claims");

WHEREAS, Plaintiffs and Defendants have agreed to resolve their dispute, and now wish to stipulate to this Consent Judgment and Permanent Injunction;

WHEREAS, Plaintiffs and Defendants now stipulate and consent to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate to and request that the Court order the following Consent Judgment and Permanent Injunction:

IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

2. On June 26, 2023, Plaintiffs filed a Complaint against Defendants in this action asserting the Claims.

3. Uber owns the following registered trademarks ("Uber Trademarks"), all of which are valid, unrevoked, and subsisting, and which constitute prima facie evidence of Uber's exclusive ownership of the marks:

| Mark | Reg. No. | International Class / Goods & Services (excerpt) |
|---|---|---|
| UBER | 5,860,001 | 9. Signaling device comprised of receivers and transmitters of electronic signals for matching drivers to passengers |
| UBER | 6,584,142 | 11. lighting apparatus and installations, namely, luminous tubes for lighting, searchlights, vehicle reflectors, lights for vehicles; safety lamps; …vehicle lights for assisting rideshare passengers to locate vehicles; spot lights; lights for vehicles …solar-powered all-weather lights; lights for use in illuminating signs and displays; LED and HID light assemblies for vehicles; LED lighting assemblies for illuminated signs; light reflectors; |

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 2
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Mark | Reg. No. | International Class / Goods & Services (excerpt) |
|---|---|---|
|  |  | lighting apparatus and installations for vehicles; light panels for vehicles, namely, cars, motorcars, automobiles, trucks, vans, SUVs, …. |
| UBER | 6,175,437 | 16. Printed matter, namely, decals, stickers. |
| UBER | 3,977,893 | 9. Computer software for coordinating transportation services, namely, software for the automated scheduling and dispatch of motorized vehicles<br>38. Telecommunications services, namely, routing calls, SMS messages, and push-notifications to local third-party motorized vehicle dispatchers in the vicinity of the caller using mobile phones<br>39. Providing a website featuring information regarding transportation services and bookings for transportation services<br>42. Providing temporary use of online non-downloadable software for providing transportation services, bookings for transportation services and dispatching motorized vehicles to customers |

4.     Lyft owns the following registered trademarks ("Lyft Trademarks"), all of which are valid, unrevoked, and subsisting, and which constitute prima facie evidence of Lyft's exclusive ownership of the marks:

| Mark | Reg. No. | International Class / Goods & Services (excerpt) |
|---|---|---|
| LYFT | 4,686,618 | 9. Computer software for coordinating transportation services, namely, software for electronic message alerts featuring leads, optimal matches, and matching posts for services, scheduling, namely, connecting transportation providers with individuals and groups needing rides, the arrangement and booking of transportation, the sending and receiving of electronic messages, and creating profiles<br>38. Telecommunications services, namely, routing calls, messages, and push-notifications to transportation providers and riders |
| LYFT | 6,170,586 | 9. Luminous signs using light emitting diodes and electronic controllers to produce real-time and programmable messages and information displays; luminous signs using light emitting diodes and electronic controllers to project data from a mobile device; illuminating equipment for vehicles, namely, LED information displays<br>11. Electric luminaries for vehicles; lighting installations, namely, vehicle lights; lights for use in illuminating signs and displays; illuminating equipment for vehicles, namely, electrical lamps |

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 3
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| Mark | Reg. No. | International Class / Goods & Services (excerpt) |
|---|---|---|
| lyft (logo) | 6,170,587 | 9. Luminous signs using light emitting diodes and electronic controllers to produce real-time and programmable messages and information displays; luminous signs using light emitting diodes and electronic controllers to project data from a mobile device; illuminating equipment for vehicles, namely, LED information displays<br>11. Electric luminaries for vehicles; lighting installations, namely, vehicle lights; lights for use in illuminating signs and displays; illuminating equipment for vehicles, namely, electrical lamps |
| LYFT | 4,698,330 | 39. Transportation of passengers by motorized vehicle; Transportation of passengers by vehicle through a network of transportation providers |
| lyft (logo) | 4,698,331 | 9. Computer software for coordinating transportation services, namely, software for electronic message alerts featuring leads, optimal matches, and matching posts for services, scheduling, namely, connecting transportation providers with individuals and groups needing rides, the arrangement and booking of transportation, electronic messages<br>38. Telecommunications services, namely, routing calls, messages, and push-notifications to transportation providers and riders39. Transportation of passengers by motorized vehicle; Transportation of passengers by vehicle through a network of transportation providers |

5.      Defendants advertised, marketed, offered, distributed, and sold products that bore counterfeits and infringements of the Uber Trademarks and Lyft Trademarks in the Amazon.com store (the "Amazon Store"), the website Huttronics.com (the "Huttronics Website"), and elsewhere online. Amazon blocked Defendants from the Amazon Store due to Defendants' sale of these counterfeiting and infringing products, and Amazon informed Defendants of the infringing nature of their products. In response to Amazon's blocking of Defendants' Amazon selling accounts, Defendants acknowledged in writing that their products infringed the Uber Trademarks and Lyft Trademarks. Nonetheless, Defendants continued their sale of products that bore counterfeits and infringements of the Uber Trademarks and Lyft Trademarks on the Huttronics Website until this suit was filed.

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 4
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6. Defendants' products are not now, nor have they ever been, associated, affiliated, or connected with, or endorsed or sanctioned by Uber or Lyft.

7. Defendants' use of the Uber Trademarks and Lyft Trademarks created the erroneous impression that Defendants' products emanate or originate from Uber and/or Lyft, and/or that Defendants' products are authorized, sponsored, or approved by Uber and/or Lyft, even though they are not.

8. Defendants' acts as described herein are deliberately calculated to confuse and deceive the public and were performed with full knowledge of Uber's and Lyft's trademark rights.

9. Defendants' acts as described herein were willful and deliberate, and this is an exceptional case under 15 U.S.C. § 1117.

10. Defendants' actions have caused, and unless enjoined by this Court will continue to cause, serious and irreparable injury to Uber, Lyft, and Amazon, for which they have no adequate remedy at law.

11. The Parties represent that they have read this Consent Judgment and Permanent Injunction, entered into it voluntarily, and have had the opportunity to seek the advice of counsel prior to their consent to this Judgment.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

12. The Court enters Final Judgment as follows: (i) in favor of Uber and Lyft against Huttronics for trademark counterfeiting and trademark infringement under 15 U.S.C. § 1114; (ii) in favor of Uber and Lyft against Huttronics for false designation of origin and false advertising under 15 U.S.C. § 1125(a); (iii) in favor of Amazon against Hutton and Huttronics for false designation of origin and false advertising under 15 U.S.C. § 1125(a); (iv) in favor of Uber and Lyft against Huttronics for violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*; and (v) in favor of Amazon against Hutton and Huttronics for violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 5
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

13. Upon the entry of this Judgment, Defendants and their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with Defendants shall be permanently enjoined from:

    (i) selling products in Amazon's stores;

    (ii) selling products to Amazon or any affiliate;

    (iii) opening or attempting to open any Amazon selling accounts;

    (iv) importing, manufacturing, producing, distributing, circulating, offering to sell, or selling, advertising, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Uber Trademarks or the Lyft Trademarks, or which otherwise infringes Uber's or Lyft's intellectual property, on any platform or in any medium;

    (v) using any false designation of origin or false description or performing any act which is likely to lead members of the trade or public to believe that any service or product offered, distributed, or sold by Defendants is in any manner associated or connected with Uber or Lyft, or is sold, manufactured, licensed, sponsored, approved, or authorized by Uber or Lyft;

    (vi) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (v) above;

14. The Court further orders that Uber recovers from Huttronics the amount of $500,000 in statutory damages for willful infringement under the Lanham Act under 15 U.S.C. § 1117(c), inclusive of all prejudgment interest and costs.

15. The Court further orders that Lyft recovers from Huttronics the amount of $500,000 in statutory damages for willful infringement under the Lanham Act under 15 U.S.C. § 1117(c), inclusive of all prejudgment interest and costs.

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 6
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

16. The Court further orders that Amazon recovers from Huttronics and Hutton, jointly and severally, the amount of $100,000 as damages, attorneys' fees and costs under RCW 19.86.010, et seq. and 15 U.S.C. § 1117(a), inclusive of all prejudgment interest and costs.

17. The Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Judgment and Permanent Injunction.

18. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

19. Upon entry of this Judgment and Permanent Injunction, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED THIS __26th__ day of __January__, 2024.

_____
Hon. James L. Robart
United States District Judge

**PRESENTED BY:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By _s/Scott Commerson_          Dated: January 23, 2024
Scott Commerson, WSBA, #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Email: scottcommerson@dwt.com


GARY HUTTON, *appearing in pro per*

By: _____     Dated: 1/17/24
3944 West 182nd Street, Apt. D,
Torrance, CA 90504
Email: gary@huttronics.com

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 7
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

CONSENTED TO:

Plaintiff Amazon.com, Inc.

By: *Charles Wright* (DocuSigned, ECCA258F2B3148B...)   Dated: 1/24/2024
Name:
Title:

Plaintiff Amazon.com Services LLC

By: *Charles Wright* (DocuSigned, ECCA258F2B3148B...)   Dated: 1/24/2024
Name:
Title:

Plaintiff Uber Technologies, Inc.

By: _____   Dated: _____
Name:
Title:

Plaintiff Lyft, Inc.

By: *Sara Giardina* (DocuSigned, 53A212C28A50490...)   Dated: January 22, 2024
Name: Sara Giardina
Title: Senior Director, Litigation

Defendant Gary Hutton

By: [signature]   Dated: 1/17/24

Defendant Huttronics LLC

By: [signature]   Dated: 1/17/24

Name: Gary Hutton
Title: Sole Member/Manager/Owner

---

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 8
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CONSENTED TO:**

Plaintiff Amazon.com, Inc.

By: _____   Dated: _____
Name:
Title:

Plaintiff Amazon.com Services LLC

By: _____   Dated: _____
Name:
Title:

Plaintiff Uber Technologies, Inc.

By: *Randall Haimovici*   Dated: 1/23/2024
Name: Randall Haimovici
Title: Associate General Counsel, Litigation, Regulatory & Competition

Plaintiff Lyft, Inc.

By: _____   Dated: _____
Name:
Title:

Defendant Gary Hutton

By: *[signature]*   Dated: 1/17/24

Defendant Huttronics LLC

By: *[signature]*   Dated: 1/17/24

Name: Gary Hutton
Title: Sole Member/Manager/Owner

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION - 8
No. 2:23-cv-00949-JLR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax